**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1107**

STARSHA M. SEWELL, M.Ed.,

        Plaintiff - Appellant,

     v.

STRAYER UNIVERSITY; ROBERT SILBERMAN; KARL MCDONNELL,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:16-cv-00159-PWG)

Submitted:  May 9, 2017                         Decided:  May 17, 2017

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha M. Sewell, Appellant Pro Se.  Denise E. Giraudo, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's order dismissing this employment discrimination action and imposing a prefiling injunction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the district court's disposition, Sewell has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*